# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129878

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KARRON HEDRICK-FUNCH,
      Plaintiff-Appellee,

v

SC: 129878
COA: 264479
WCAC: 02-000413

ADP TOTALSOURCE I, INC., and RELIANCE
INSURANCE COMPANY,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the October 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

t0221